## In re Application of Benjamin Paushter for Reinstatement to the Bar

The applicant has moved that this court order a finding pursuant to his request therefor and draft finding filed on July 3, 1972. Since it appears from that request and the draft finding that no evidence was presented before the Superior Court, the motion is denied.

*Benjamin Paushter,* pro se, in support of the motion.